SOUTHERN DUTCHESS GAS AND ELECTRIC COMPANY, Respondent, *v.* HARRY E. MURPHY et al., Appellants.

*Southern Dutchess Gas & El. Co.* v. *Murphy*, 163 App. Div. 908, affirmed.
(Argued September 30, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1914, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Henry T. Fay* for appellants.

*George Overocker* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Absent: CARDOZO, J.